IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT WILLIAMS, § | |
| § | |
| Movant, § | |
| § | |
| v. § | Civil Action No. H-05-3598 |
| § | Criminal Action No. H-05-121 |
| UNITES STATES OF AMERICA, § | |
| § | |
| Respondent. § | |
| § | |

<u>ORDER</u>

As Movant Robert Williams' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1, Criminal Document No. 75) has been denied, and the Government's Motion to Dismiss (Criminal Document No. 91) has been granted, the Court hereby

DISMISSES Movant Robert Williams' Section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 21st day of March, 2006.

_____

DAVID HITTNER

United States District Judge